FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -3 PM 12:07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

VS.

No. 04-20079

MARK STRAIGHT,

Defendant.

---

## ORDER GRANTING EXTENSION OF TIME TO SURRENDER

Before this Honorable Court is Defendant Mark Straight's Motion to extend the time period for him to surrender to the Bureau of Prisons. Based upon the statements of counsel and the record herein, the Court finds the motion well-taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to extend the surrender date is GRANTED. Defendant report directly to the specified designation with the Bureau of Prisons on _Monday, 6/6/05 by 2:00 P.M._

Entered this the __2__ day of __May__, 2005.

_____
United States District Court Judge McCalla

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-3-05_

4

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20079 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT